UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTON P. BROWN,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEVEN SAGER, *et al.*,<br><br>                    Defendants. | Case No. C23-157-LK-MLP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

    This is a civil rights action filed under 42 U.S.C. § 1983. On August 11, 2023, Defendants filed a motion for summary judgment. (Dkt. # 14.) That motion is currently noted on the Court's calendar for consideration on September 8, 2023. (*See id*.) On August 24, 2023, Plaintiff filed a motion seeking a one-week extension of time to file a response to Defendants' motion, explaining that he is currently recovering from surgery. (Dkt. # 18.) Plaintiff also requests in his motion that he be granted leave to file an over-length brief in response to Defendants' motion. (*See id*.) Defendants have not opposed Plaintiff's requests for relief.

    While Plaintiff has shown good cause for the requested extension, he has misconstrued the date his original response was due. Plaintiff is of the belief that his response was due on September 8, 2023, the date Defendants' motion was noted for consideration, and he seeks an

extension until September 15, 2023, to file his response. However, pursuant to Local Civil Rule ("LCR") 7(d)(3), Plaintiff's response to Defendants' motion was due the Monday before the motion was noted for consideration and not on the noting date itself. Because of Plaintiff's misunderstanding of the rules, and in order to best accommodate Plaintiff's request, the Court will grant Plaintiff a two-week extension rather than the requested one week.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment (dkt. # 18) is GRANTED. Plaintiff's request to file an over-length brief (*see id*. at 2) is also GRANTED. Plaintiff is directed to file his response, not to exceed thirty-two pages in length, not later than **September 18, 2023**.

(2) Defendants' motion for summary judgment (dkt. # 14) is RE-NOTED for consideration on **September 22, 2023**. Defendants must file any reply brief in support of their motion by that date.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Lauren King.

DATED this 7th day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 2