UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTON P. BROWN,<br><br>      Plaintiff,<br> v.<br><br>STEVEN SAGER et al.,<br><br>      Defendants. | CASE NO. 2:23-cv-00157-LK-MLP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF |

  This matter comes before the Court on pro se Plaintiff Quinton P. Brown's motion for leave to file an overlength brief. Dkt. No. 24. Specifically, Mr. Brown states that he anticipates his objections to United States Magistrate Judge Michelle L. Peterson's pending Report and Recommendation will be longer than the 12 pages permitted under Local Civil Rule 72, but no more than 18 handwritten pages. *Id.* at 2. In accordance with Local Civil Rule 7(f), the Court GRANTS Mr. Brown's motion and permits him to file an overlength brief of no more than 18 handwritten pages.

  Dated this 17th day of November, 2023.

                      Lauren King
                      United States District Judge